# Arons & Arons, LLC
## Attorneys at Law

Scott Arons
sa@aronslaw.net

Jeffrey Steven Arons *
ja@aronslaw.net
* NJ & NY Bars

973-762-0795 
973-762-0279

76 South Orange Avenue
Suite 100,
South Orange, NJ 07079

February 22, 2022

Hon. Michael B. Kaplan
U.S. Bankruptcy Court
402 E. State Street
Trenton, NJ  08608

      **Re:    In the Matter of Michael J Conover**
             **Chapter 13 Case No.: 21-18934-MBK**
      **Motion to Vacate Automatic Stay Ret:  2/23/22 – Adjournment Request**

Dear Judge Kaplan:

The undersigned represents the Debtor's landlord, New Bedford Apartments, LLC.  I have conferred with the Debtor's attorney who has indicated the Plan is being amended to provide for the pre-petition rent arrears to be paid over 18 months .

In lieu of the above,  we request an adjournment of the motion to the next available date.  Mr. Cullari has consented to the adjournment .

                                  Respectfully,

                                  ARONS & ARONS, LLC
                                  *Scott Arons*

SA:er                             SCOTT ARONS

Cc: New Bedford Apts.
Cc: Francis P. Cullari, Esq..